■ In the Matter of ANDREW C. LEVINE (Admitted as ANDREW CHARLES LEVINE), a Suspended Attorney. [— NYS2d —] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective im-

mediately. No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach, Tom and Andrias, JJ.